**335 HOFFMAN vs. CIRCUIT JUDGE (Oscoda), No. 13933½.**

To vacate an order discharging the jury and adjourning the cause over the term after plaintiff had rested his case, and defendant (relator) had moved for a verdict in his favor.

Order to show cause denied January 2, 1894.

**336 WORTH vs. HAND, 30 M., 263.**

The question of the validity of a notice of trial will not be reviewed on writ of error; the proper remedy is mandamus. October 7, 1874.

**337 MUSKEGON BOOMING COMPANY vs. CIRCUIT JUDGE (Muskegon), No. 16317½.**

To strike from the docket a cause commenced June 27, 1895, against relator, a domestic corporation which was dissolved March 1, 1894, by expiration of its charter, and no order had been applied for or made under How. Stat., Secs. 4867-8211, continuing such suit to final judgment.

Order to show cause denied May 18, 1897.

**338 TORREY vs. CIRCUIT JUDGE (Wayne), 38 M., 614.**

To require respondent to restore a case appealed from commissioners on claims, to the docket, which had been stricken therefrom because the plea was not filed with the notice of trial.

Granted April 9, 1878.